390 A.2d 288

Arthur H. Swallow, Inc., et al. v. van Cor,
Inc., Appellant.

Argued March 27, 1978. Ronald H. Silverman, for appellant; Jeremiah J. Cardamone, for appellees.

Judgment affirmed.